IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIEP HOANG NGUYEN,                               No. CIV S-06-2329-CMK

        Plaintiff,

        vs.                                          ORDER

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

                                  /

        Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is defendant's motion to dismiss (Doc. 11). Plaintiff has filed a response.

        In his motion to dismiss, defendant argues that plaintiff never sought agency reconsideration as to his August 24, 2001, application for benefits and, for this reason, concludes that the court lacks subject matter jurisdiction to consider that application. Defendant concedes that the court has jurisdiction to consider the agency's disposition of plaintiff's other applications for benefits and has filed an answer and the certified administrative record as to such applications. As to the August 24, 2001, application, defendant states that, on December 7, 2001, plaintiff was notified that he was determined not to be eligible for benefits due to his excess resources. According to defendant, plaintiff never sought agency reconsideration of this decision and, therefore, he failed to exhaust administrative remedies required in order to produce

a final decision subject to judicial review.  Defendant further argues that, because the time to seek agency reconsideration has long since passed, partial dismissal of the complaint with prejudice is the appropriate remedy.

In her response to defendant's motion, plaintiff concedes the point and agrees that this court lacks subject matter jurisdiction to review the agency's denial of plaintiff's August 24, 2001, application.  Plaintiff seeks an extension of time to file a dispositive motion with respect to the remainder of the claims raised in her complaint.  This request will be granted.

Finally, because plaintiff has adequately responded, the court's May 24, 2007, order to show cause will be discharged.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss is granted;

2. The complaint is dismissed, with prejudice, <u>as to the August 24, 2001, application for benefits only</u>;

3. Plaintiff is granted an extension of time to file a motion for summary judgment with respect to the remainder of the claims raised in her complaint;

4. Plaintiff shall file her motion for summary judgment within 60 days of the date of this order;

5. Defendant's cross-motion for summary judgment is due within 30 days of the date of service of plaintiff's motion; and

6. The court's May 24, 2007, order to show cause is discharged.

DATED:  June 20, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE