IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEP HOANG NGUYEN, | No. CIV S-06-2329-CMK |
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

   Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is plaintiff's stipulated motion for an extension of time (Doc. 22), filed on August 20, 2007.

   On June 21, 2007, the court issued an order which required plaintiff to prosecute this action by filing a dispositive motion within 60 days from the date of service of the order. Plaintiff now seeks an extension of time to September 21, 2007, to file a dispositive motion. Defendant does not oppose the request. Good cause appearing therefor, the request will be granted. Plaintiff is warned that failure to comply with the court's scheduling order within the

1

time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and
2. Plaintiff shall file a dispositive motion by September 21, 2007;
3. Defendant shall file his cross-motion by October 22, 2007; and
4. Plaintiff may file a reply by November 22, 2007.

DATED: August 23, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE